Michael EWING, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 98917.

Missouri Court of Appeals, Eastern District, Division Four.

June 11, 2013.

Timothy Forneris, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Andrew C. Hooper, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

ORDER

PER CURIAM.

The movant, Michael Ewing, appeals the motion court's order denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the parties' briefs and the record on appeal and find no clear error. Rule 24.035(k). An opinion would have no precedential value. We have provided the parties with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the motion court's order denying the movant's Rule 24.035 motion for post-conviction relief. Rule 84.16(b)(2).